# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| JOSETTE H., | Civil No. 3:19-CV-05774-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will continue to search for the missing non-electronic claim file, which is currently missing. If the claim file cannot be located in a reasonable period of time (30 days), the Appeals Council will remand to an Administrative Law Judge for reconstruction of the administrative record, including holding a de novo hearing and issuing a new decision.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

DATED this 26th day of February, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Martha A. Boden
MARTHA A. BODEN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3710
Fax: (206) 615-2531
martha.boden@ssa.gov